NORWICH & N. Y. TRANSP. CO. v. INSURANCE CO. OF NORTH AMERICA. SAME v. SECURITY INS. CO. OF NEW HAVEN. SAME v. FIREMAN'S FUND INS. CO. OF SAN FRANCISCO. SAME v. CHUBB et al. (Circuit Court of Appeals, Second Circuit. April 14, 1904.) Nos. 134–137. Appeals from the District Court of the United States for the Southern District of New York. These causes come here upon appeals from decrees awarding certain proportions of losses of particular and general average underpolicies of marine insurance upon libelant's steamer City of Worcester, which struck on Cormorant Rock, outside New London Harbor, tearing out a part of her forward bottom, and was subsequently stranded by her master near Green's Harbor, not far from New London. The opinion of the District Court

is reported in 118 Fed. 307. Lawrence Kneeland, for appellants. Wilhelmus Mynderse, for appellees. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. The opinion of the District Judge most thoroughly and carefully discusses the facts and the single question of law which arises thereon, and, since we fully concur in his findings, reasoning and conclusion, it seems unnecessary to write any further opinion. The decrees are affirmed, with interest and costs.